IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY D. WHITTENBURG,                    No.  CIV.S-05-0733 DAD

      Plaintiff,

      v.                                  <u>ORDER TO SHOW CAUSE</u>

JO ANNE B. BARNHART,
Commissioner of Social
Security,

      Defendant.
_____/

      On May 3, 2005, the court issued a scheduling order which required plaintiff to complete service of process within a required time.  The required time has now expired, and there is no indication on the docket that plaintiff has completed service of process.  Good cause appearing, the court HEREBY ORDERS plaintiff to show cause in writing within twenty days of the filed date of this order why this case should not be dismissed for lack of prosecution.  Failure to
/////
/////

1

1  <u>timely</u> file the required writing will result in dismissal of the
2  action.
3  DATED: August 2, 2005.

```
                          _____
                          DALE A. DROZD
                          UNITED STATES MAGISTRATE JUDGE
```

DAD:lg
ddad1/orders.socsec/whittenburg0733.osc.service