IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY D. WHITTENBURG, | No.  CIV.S-05-0733 DAD |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

On August 29, 2005, the court discharged a previous order to show case, granting plaintiff ten (10) days to file a proper proof of service demonstrating that service of process has been completed in this case along with a "Consent to Assignment or Request for Reassignment" form.  The time period has long since expired and plaintiff has failed to file the required documents.  The court will grant plaintiff one final opportunity to comply with the court's previous order.  Plaintiff is HEREBY ORDERED to file the required documents within ten (10) days.  Failure to do so will result in

1

1  assignment of this case to a United States District Judge and a
2  recommendation that this action be dismissed for lack of prosecution.
3  DATED: September 30, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/whittenburg0733.osc(2)

2