```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    Assistant U. S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814-2322
 4  Telephone: (916) 554-2700
    Fax:  (916) 554-2900
 5  CARYN L. GOOT
    Special Assistant U.S. Attorney
 6  333 Market Street, Suite 1500
    San Francisco, CA 94102
 7  Telephone:  (916) 977-8943
    Fax:  (415) 744-0134
 8  Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY D. WHITTENBURG,<br><br>         Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>         Defendant. | CASE NO. 2:05-CV-0733-DAD<br><br>STIPULATION AND ORDER REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. On remand, the administrative law judge (ALJ) will acquire testimony from a medical expert regarding the date of onset of disability. The Appeals Council will direct that only the period prior to July 30, 2004 be considered. Also, the ALJ will be directed to evaluate obesity in conjunction with the proceedings on remand.

/////

Stip & Order of Remand (Sentence 4) - 05-00733

1    It is further stipulated that the Clerk shall enter a
2 separate judgment, as provided for under Rules 58 and 79(a) of
3 the Federal Rules of Civil Procedure, pursuant to <u>Shalala v.</u>
4 <u>Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

5    The parties further stipulate that Plaintiff's counsel
6 shall furnish to Defendant's counsel, and Defendant's counsel
7 maintain, a facsimile of this stipulation bearing counsel's
8 signature, and that Defendant shall e-file the document pursuant
9 to applicable local rules.

```
DATED: April 27, 2006        By:    /s/ Harvey J. Sackett
                                    HARVEY J. SACKETT
                                    Attorney at Law

                                    Attorney for Plaintiff


DATED: April 28, 2006               McGREGOR W. SCOTT
                                    United States Attorney
                                    BOBBIE J. MONTOYA
                                    Assistant U.S. Attorney


                             By:    /s/ Bobbie J. Montoya for
                                    CARYN L. GOOT
                                    Special Assistant U. S. Attorney

                                    Attorneys for Defendant
OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
U.S. Social Security Administration
```

                             ORDER

   APPROVED AND SO ORDERED.

DATED: May 1, 2006.

                    _____
                    DALE A. DROZD
                    UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/whittenburg0733.stipord

Stip & Order of Remand (Sentence 4) - 05-00733